

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2021

No. 04-20-00336-CV

Juana Lizeth Rios **PINA**,
Appellant

v.

**SUN LOANS, INC**.,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-00017
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellee's brief was originally due on January 8, 2021. Appellee has been granted two previous extensions, the latest until February 22, 2021. On February 19, 2021, appellee filed a third request for a four-day extension, which is unopposed.

The motion is GRANTED and appellee's brief is due **no later than February 26, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2021.

_____
MichaeL A. CruZ,
Clerk of Court